UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION - RIVERSIDE)

| | |
|---|---|
| KELSEY TURNQUIST, on behalf of herself and others similarly situated,<br><br>PLAINTIFF,<br><br>vs.<br><br>THARALDSON HOSPITALITY STAFFING, LLC; INTERCONTINENTAL HOTELS GROUP PLC; and DOES 1 to 100, Inclusive,<br><br>DEFENDANTS. | Case No.: 5:20-cv-01159-TJH(KKx)<br><br>**CLASS ACTION**<br><br>*[Assigned for all purposes to the Hon. Judge Terry J. Hatter, Jr.]*<br><br>**ORDER  [JS-6[**<br><br>[Filed concurrently with Stipulation to Remand Removed Action]<br><br>Action Removed: June 5, 2020 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff KELSEY TURNQUIST ("Plaintiff"), Defendant THARALDSON HOSPITALITY STAFFING, LLC ("Defendant") (Defendant and Plaintiff hereinafter referred to as the "Parties") filed a Joint Stipulation seeking remand of the removed Action to State Court.

The Court, having read and considered all of the papers filed on behalf of the parties and on file in the action, **HEREBY ORDERS:**

Pursuant to the Stipulation of the Parties and good cause appearing it is hereby ordered:

1. The Action is hereby remanded forthwith to Riverside County Superior Court;

2. Each party shall bear its own attorneys' fees and costs incurred in connection with the removal of this action to federal court and the remand to state court.

Dated: JULY 16, 2020

_____
Hon Terry J. Hatter, Jr.
United States District Judge
Central District of California

# DECLARATION OF SERVICE

On July 15, 2020, I served the foregoing document, described as

## [PROPOSED] ORDER

on all interested parties in this action in the manner provided as follows:

**A**  **(BY MAIL)** As follows:

I placed such envelope, with postage thereon prepaid, in the United States mail at Los Angeles, California.

I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

**B**  **(BY ELECTRONIC MAIL)** I sent such document via facsimile mail to the number(s) noted above.

**C**  **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the attorney at the location designated above.

**D**  **(BY ELECTRONIC SERVICE)** I submitted an electronic version of the document(s) via portable document format (PDF) to the court at www.cacd.uscourts.gov/cmecf.

| Party Served | Form of Service |
| --- | --- |
| William J. Goines (SBN CA 61290)<br>**GREENBERG TRAURIG, LLP**<br>1900 University Avenue, 5th Floor<br>East Palo Alto, California 94303<br>Telephone: 650.328.8500<br>Facsimile: 650.328.8508<br>goinesw@gtlaw.com<br><br>Lindsay E. Hutner (SBN CA 238998)<br>Alexa R. Hankard (SBN CA 312221)<br>**GREENBERG TRAURIG, LLP**<br>Four Embarcadero Center, Suite 3000<br>San Francisco, California 94111<br>Telephone: 415.655.1300<br>Facsimile: 415.707.2010<br>hutnerl@gtlaw.com<br>hankarda@gtlaw.com<br><br>Attorneys for Defendant,<br>HOSPITALITY STAFFING, LLC, a Nevada limited liability company | D |

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2  Dated: July 15, 2020                            */s/ Anwar Burton*
3                                                              Anwar Burton